FILED

06/21/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0114

## IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 22-0114

| | |
|---|---|
| TAMARA BARNHART,<br><br>       Petitioner / Appellee,<br><br>v.<br><br>MONTANA STATE FUND,<br><br>       Respondent / Appellant | **GRANT OF EXTENSION** |

Appellee, Tamara Barnhart, has moved the Court, pursuant to Montana Rules of Appellate Procedure 26(1), for an extension of time to file Appellee's Brief, currently due July 11, 2022. Good cause appearing therefore,

IT IS HEREBY ORDERED that Appellee has up to and including August 10, 2022, in which to file her Brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
June 21 2022